U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA *(Rev. 05/7/13)*
RECEIVED

MAY 2 4 2018

TONY R. MOORE, CLERK
BY _____
                DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

DOMINIQUE TYLER
Prisoner #398461

Civil Action:_____No._____

*3:18-CV-0698 Sec P*

                Plaintiff

SEC:_____

                VS.

Judge_____

FOSTER FARMS POULTRY COMPANY &
RICHWOOD C.C./MEDICAL DEPRTMENT, ET AL    Magistrate Judge_____
                Defendants

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

**I. Previous Lawsuits**

a. Have you begun any other lawsuit while incarcerated or detained in any facility?
   Yes [ ] No  [   X   ]

b. If your answer to the preceding question is "Yes," provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District,
if state court, identify the County or Parish):
_____N/A_____

_____

2. Name the parties to the previous lawsuit(s):

Plaintiffs:_____N/A_____

  Defendants:_____

3. Docket number(s):_____

4. Date(s) on which each lawsuit was filed:_____

5. Disposition and date thereof [For example, was the case dismissed and when?
   Was it appealed and by whom (plaintiff or defendant)? Is the case still
   pending?]:   N/A

                                                                    2

*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [    ]  No [ **x** ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II. a. Name of institution and address of current place of confinement:**

Richwood Correctional Center/180 Pine Bayou Circle; Monroe, LA 71202

b. Is there a prison grievance procedure in this institution?

Yes [  X  ] No [    ]

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [  X  ] No [    ]

2. If you did not file an administrative grievance, explain why you have not done so.

_____

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 2 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

    A. <u>**Plaintiff is still waiting on a decision from his initial grievance from administration.**</u>

Attach a copy of each prison response and/or decision rendered in the Administrative proceeding.

**III. Parties to Current Lawsuit:**
a. Plaintiff:  **Dominique Tyler/DOC # 398461**
  Address:   **Richwood Correctional Center/180 Pine Bayou Circle; Monroe, LA 71202**

3

*(Rev. 5/1/13)*

b. Defendant, Foster Farms, is a contractual agent who employs Richwood Correctional Work Release offenders as employees.

*located 6648 Hwy 15 N. at Farmerville, LA 71241.*

Defendant, Jane Doe Richwood Correctional Center/Medical Department, is employed as Medical care provider the above stated facility.  **180 Pine Bayou Circle; Monroe, LA 71202** Defendant, Correctional Officer John Doe, is employed as Foster Farms transport officer at the time of this instant complaint.

**Richwood Correctional Center/180 Pine Bayou Circle; Monroe, LA 71202**Defendant, Correctional Officer John Doe, is employed as Foster Farms transport officer at the time of this instant complaint.

**IV. Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

This is a  42 U.S.C. 1983 complaint being filed by DOC prisoner Dominique Tyler # 398461, in reference to an injury that I sustained on May 23, 2017 at Foster Farms Poultry Company. This grievance specifically relates to the deliberate indifference demonstrated by the Officers *Lt. Wine* and *Co. Ms Jones*, and the medical staff of the Foster Farms Poultry Company's medical staff and the Richwood Correctional Center medical staff for denial of adequate and prompt medical care of this serious back injury.

The facts are as follows:
1. Upon exiting the bus at Foster Farms, I slipped and hit three (3) steps as I landed on my back;
2. When I fell, Officer *Lt. Wine* demanded that I get up, as opposed to calling for medical assistance; his orders were that if I did not get up, I would be locked up;
3. When it was determined that I could not get up, I was taken to the medical office to see the nurse, who examined me and concluded that there was nothing wrong;
4. The nurse's conclusion failed to satisfy medical examination protocol, because there were no X-rays performed to see if the extent of the damage to my back;

4

5. I was then ordered to return to work; however with the swelling in my back getting worse I was in extreme pain the entire day;
6. Upon returning to the facility, the nurse here could not help with the injury due to the swelling in my back, so I was transported to the hospital;
7. After being examined by the doctors, the extent of the damage still could not be determined because of the swelling;
8. Medicine was prescribed for the pain;
9. Because of this serious back injury, my job was taken;
10. Because of this accident, I experienced unusual elevations in my blood pressure;
11. Because the blood pressure elevation, I was monitored for several months and prescribed several different medications, all to no effect;
12. Because of this injury/accident the pain and symptoms still persists to this day.

## Relief

Foster Farms and Richwood Correctional Center are equally responsible for the pain and suffering that I endured as result of this accident; and their deliberate indifference and neglect of prompt and adequate medical care following the injury. Because of this neglect, my Eight (8) Amendment Constitutional rights against cruel and unusual punishment were violated. As a result, this injury that will affect me for the rest of my life. Because of that fact, I am seeking compensatory damages in the amount of $500,000.00 for pain and suffering; $160,000.00 for punitive damages; and an injunction against all defendants for the filing of this complaint.

Submitted this 21th day of May 2018

Plaintiff/Dominique Tyler # 398461
R.C.C./ Dorm "B"
180 Pine Bayou Circle
Monroe, LA 71202

### VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.
b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.
c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this 21st day May of, 2018.**

**DOC # 398461**
**Prisoner No. (Louisiana Department of**
**Corrections or Federal Bureau of Prisoner**

X ~Dominique Tyler~
Signature of Plaintiff

5