**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**DOMINIQUE TYLER**                                    **CIVIL ACTION NO. 18-0698**

                                                       **SECTION P**

**VS.**

                                                       **JUDGE TERRY A. DOUGHTY**

**FOSTER FARMS POULTRY CO., ET AL.**        **MAG. JUDGE KAREN L. HAYES**

**ORDER**

Pro se Plaintiff Dominique Tyler filed a civil rights complaint on May 24, 2018.  [doc. # 1].  On May 30, 2018, the Court ordered Plaintiff to, within thirty days, submit a complaint on approved forms and either pay the $400.00 filing fee or file a completed in forma pauperis application on approved forms.  [doc. # 3].  That deadline passed, and Plaintiff has failed to comply with the Court's order.

Accordingly, **IT IS ORDERED** that Plaintiff's Complaint, [doc. #1], is **STRICKEN** from the record.

In Chambers, Monroe, Louisiana, this 27th  day of July, 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE